UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Dante Baker</u>,
    Plaintiff

        v.                     04-cv-355-SM

<u>Hillsborough County Dept of Corrections, et al.</u>,
    Defendants

<u>O R D E R</u>

Defendants' motion to continue pretrial and trial dates is granted (document no. 7). Trial is rescheduled for the month of February, 2006, with jury selection commencing on February 7, 2006 at 9:30 a.m. The exact date evidence is to commence will be determined at the final pretrial conference which is rescheduled to January 26, 2005 at 11:30 a.m.

SO ORDERED.

_____
Steven J. McAuliffe
Chief Judge

November 2, 2005

cc:    Elizabeth Hurley, Esq.
       Michael Sheehan, Esq.
       John Curran, Esq.